

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jeffrey Allen Copeland,                        \* From the 50th District Court
                                                of Knox County,
                                                Trial Court No. 4152.

Vs. No. 11-22-00216-CR                          \* July 27, 2023

The State of Texas,                             \* Memorandum Opinion by Trotter, J.
                                                (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to show that the "Statute for [the] Offense" is "TEXAS PENAL CODE § 38.04(a), (b)(2)(A) and affirm the judgment as modified.